**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M. HELEN BERNSTEIN, | Case No.: 13-CV-01701-LHK |
| Plaintiff, | ORDER VACATING HEARINGS ON JANUARY 31, 2014, AT 1:30P.M. |
| v. | |
| APOLLO GROUP, INC., *et al.*, | |
| Defendants. | |

Pursuant to Civil Local Rule 7–1(b), the Court finds all the motions in this case set for January 30, 2014, at 1:30p.m. appropriate for resolution without oral argument and hereby VACATES the Hearings on those Motions.  The Court VACATES and continues the January 30, 2014 Case Management Conference and continues it to June 4, 2014, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 24, 2014

LUCY H. KOH
United States District Judge