1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARY BERNSTEIN,

               Plaintiff,

v.

APOLLO GROUP, INC, et al.,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:13-cv-01701-LHK-PSG

**ORDER RE:  DISCOVERY DISPUTES**

**(Re: Docket Nos. 228, 229, 234, 239, 240, 242, 243, 245, 252)**

KRISLEE HALL,

               Plaintiff,

v.

APOLLO GROUP, INC, et al.,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:14-cv-01404-LHK-PSG

**ORDER RE:  DISCOVERY DISPUTES**

**(Re: Docket Nos. 36, 37, 38, 42, 43, 45, 46, 48, 55)**

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In nine separate motions currently before the court, Plaintiffs Mary Bernstein and Krislee Hall seek to compel discovery from Defendants Apollo Group Inc. and The University of Phoenix, Inc.[1]  Defendants oppose some (but not all) of these motions and move for a protective order staying all discovery until the presiding judge rules on Defendants' pending motion to dismiss.[2]  Defendants also request monetary sanctions.[3]  This morning, the parties appeared for a hearing.  In the interest of clarity, the court now summarizes the rulings it issued during the hearing.

The parties are to conduct an in-person Rule 26(f) conference in my jury room in San Jose on or before August 15, 2014 and certify to the court that they have done so by August 22, 2014.  Plaintiffs' motions to compel discovery are DENIED without prejudice to renewal after Judge Koh's ruling on the motion to dismiss.  Defendants' motion for a protective order is GRANTED but only IN-PART.  Following the Rule 26(f) conference, Plaintiffs may not serve any further discovery requests on Defendants until Judge Koh rules on the motion to dismiss.  With respect to Plaintiffs' pending requests, Defendants are under no obligation to respond until 24 hours after Judge Koh issues her ruling on the motion to dismiss.  At that time, Defendants are to serve their written responses to any outstanding discovery requests, with rolling production of documents to begin 30 days later.  Defendants' request for sanctions is DENIED.[4]

---

[1] *See* Docket No. 242 in Case No. 5:13-cv-01701-LHK-PSG.  Unless otherwise indicated, all citations to the docket will refer to the 1701 case.

[2] *See* Docket No. 244, 245.

[3] *See* Docket No. 243 at 3.

[4] The court finds that imposition of Defendants' requested sanctions would be unjust because pro se Plaintiffs did not have sufficient notice of the consequences they would face if they failed to cooperate.  The court notes, however, that Plaintiffs now have notice that any failure to cooperate in the future may result in sanctions.

**IT IS SO ORDERED.**

Dated: August 6, 2014

_____
PAUL S.  GREWAL
United States Magistrate Judge

**United States District Court**
For the Northern District of California